# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **TOMMIE DONALDSON,** | ) ) ) Case No.: ) |
| Plaintiff. | ) 2:18-cv-09526-SJO-PJW ) |
| v. | ) ) |
| **HALSTED FINANCIAL SERVICES, LLC,** | ) ) ) ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: May 3, 2019         By: */s/ Amy L. B. Ginsburg*
                                                Amy L. B. Ginsburg, Esquire
                                                Kimmel & Silverman, P.C.
                                                30 E. Butler Pike
                                                Ambler, PA 19002
                                                Phone: (215) 540-8888
                                                Fax: (877) 788-2864
                                                Email: aginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Brian S. Glass
Halsted Financial Services, LLC
8001 Lincoln Ave, Suite 500
Skokie, IL 60077
bglass@halstedfinancial.com
Attorney for Defendant


Dated: May 3, 2019                     By: */s/ Amy L. B. Ginsburg*
                                           Amy L. B. Ginsburg, Esquire
                                           Kimmel & Silverman, P.C.
                                           30 E. Butler Pike
                                           Ambler, PA 19002
                                           Phone: (215) 540-8888
                                           Fax: (877) 788-2864
                                           Email: aginsburg@creditlaw.com