# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMIE DONALDSON, § § Plaintiff, § § v. § § HALSTEAD FINANCIAL SERVICES, LLC, § § § Defendant. § § | Civil Action No. 2:18-cv-09526-SJO-PJW |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: June 11, 2019

/s/ Amy L. B. Ginsburg
Amy L. B. Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 215-540-8817
Email: teamkimmel@creditlaw.com

## CERTIFICATE OF SERVICE

      I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Voluntary Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Halsted Financial Services, LLC
PO Box 828
Skokie, IL 60076-0828

June 11, 2019                                     /s/ Amy L. B. Ginsburg
                                                    Amy L. B. Ginsburg, Esq.
                                                    Kimmel & Silverman, P.C.
                                                    30 East Butler Pike
                                                    Ambler, PA 19002
                                                    Phone: 215-540-8888
                                                    Fax: 215-540-8817
                                                    Email: teamkimmel@creditlaw.com